UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DR. GERALD FINKEL, as Chairman of the
Joint Industry Board of the Electrical Industry,

**ORDER**
09 CV 4897 (RJD) (VVP)

Plaintiff,

-against-

DELTA METAL PRODUCTS COMPANY,
INC.,

Defendant.
------------------------------------------------------------X

DEARIE, Chief Judge.

In his Report and Recommendation dated July 6, 2010, Magistrate Judge Pohorelsky recommends that, in light of defendant Delta Metal Products Company, Inc.'s failure to serve and file an answer to the complaint and its admitted abandonment of its defense, I direct the Clerk of the Court to enter default and permit the plaintiff to move for a default judgment. There being no objection to Judge Pohorelsky's recommendation, I adopt it in its entirety. Accordingly, the Clerk is directed to enter default against Delta and plaintiff is permitted to move for default judgment.

SO ORDERED.

Dated: Brooklyn, New York
August 4, 2010

s/ Judge Raymond J. Dearie

_____
RAYMOND J. DEARIE
United States District Judge